

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–10039 – DER**   Chapter: **7**

**Diane Lynn Kane**
Debtor

## ORDER VACATING ORDER

Upon review of the file herein, and in the exercise of the court's discretion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order entitled Order Directing Debtor's Counsel to Refund All Fees entered on January 25, 2018 is hereby VACATED.

cc:   Debtor
      Attorney for Debtor – Wardell Huff
      Case Trustee – Mark J. Friedman
      U.S. Trustee

**End of Order**

40x06 (rev. 08/18/2009) – sjames